# United States Court of Appeals
## For the First Circuit

No. 12-1685

GUO SHOU WU,

Petitioner,

v.

ERIC H. HOLDER, JR.,
UNITED STATES ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on December 20, 2013, is amended as follows:

On page 11, line 14: replace "out datedness" with "outdatedness"